# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY *A PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY

**FILED**

JAMES J. VILT, JR. - CLERK

SEP 29 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Timmathy Moore
_____
_____

(Full name of the Plaintiff(s) in this action)

v.

CIVIL ACTION NO. 3:23-CV-511-JHM
(To be supplied by the clerk)

(wordin) James D green
(unit Admindinstraater) Smith
(Lutinit) Blevin's Zachray
(Nur's-RN) Russell Laly
(Sorchint) Lestr

(Full name of the Defendant(s) in this action)

(✓) DEMAND FOR JURY TRIAL

(___) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Timmathy Moore

Place of Confinement: Eastrin Kuntucky Complés Centr

Address: 2co RD to Justis west Lebrtcy

Status of Plaintiff: CONVICTED (✓)   PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( ___ )   PRETRIAL DETAINEE ( ___ )

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( ___ )   PRETRIAL DETAINEE ( ___ )

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant _James D green_____ is employed as _(wordin)_____ at _Eastrin Ky ConPley Centr_
The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(2) Defendant _Smith_____ is employed as _(Unit Amidinstrator)_ at _Eastrin Ky Con PbøR Centr_
The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(3) Defendant _Blevins zachary_____ is employed as _(Lutinit)_____ at _Eastrin Ky ConPley Centr_
The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(4) Defendant _Russell Laty_____ is employed as _(Nurs- RN)_____ at _Eastrin Ky ConPley Centr_
The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

2

(5)  Defendant __Lestr_____ is employed

as __Sor Lhint_____ at _Eastrin Ky Lonpbex Lentr._

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

## II.     PREVIOUS LAWSUITS

(A)  Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action?  YES ( ___ ) NO ( ✓ )

(B)  If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s):  _____

_____

Defendant(s):  _____

_____

Court (if federal court, name the district.  If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed?  Is it still pending?  Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

III.   STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

1. Wardon James green I wood lik to sue Him for crating an unsaf anviromont by Allowing CO's to abuse me physically and montally He Let the unit Administrater VA smith to Do what evr to me to Lik tak my mat for 29 Days strat the Last 9 Days or on Damr on DL-16 oPvashin cell whith know mat step per Day And wordin greens supos to git so meny Hewrs of He Deflex knows wordin greens bin a wordin ones be for so Be cuz I told Him thin smith chens the Papis But stel Lep me whith New mat Not one time But a nuthr time 2 first time was Just 7 Days the next time was 29 Days Days So 5-25-23 I went 9 Days in oPPvashin cell now mat thin ones a gin on or ruflex Time Fram be twen 7-15-23 on 7-26-23 is wen I got my mat thay now that Not supos to Do Inmats Lik that mast up unprfesm fors of Powr ... I get 3 whitnises Co Jhensin Co williams sindsn Sorchint Jullen I thonk thor Prety ones or thay sem Lik it !!!

2. on 5-1-23 Time a bevt 8:30 I got mast or vapt I got Asm ther Not supos to mas or vap me on 5-24-23 I Had 2x Rays of my chest Blevins and Sid Sorchint Zachary Blevins was the that mast me that Day And I blef wordin green And VA smith mest whith my Dats on a Lot of my writ uPS Lik this Her Be Cuzz Insadint Dat ses 4-10-23 so or be cuz so my case weed git thrwn out Lik I sed greens ben a wordin 1 Be for I know wat Day I was supos git out of the Hole Dorm 5 Bud Cell-8

3 nurse or RN Russell Lady told me in a grevin's Be for She fert out what was goin on bout my meadckl rekrd that thay Did Just put me on a infizashin Pak sterd for my Lungs and brethn tret mint As neded Do that gev me my Coby grevins numbr 23-298 thin turnt rit a rown and lep my grevin Numpr But chensd my grevins ther comit was be for the grevins made sekint one I thonk by the 3rd one thay fenly Ovrd Efrely thang up I got wintnis Co Huw sed I can call Him As a witnis to sum thangs I trid to git him to sin a stat mint He wood Not But He sed I Cud call Him as a witnis Co Name is Jhensin He see sum of the Nursrs giv me the Steroid Pak He seen me Haf 3 or 4 Asm taks He sen Nurses git calld Be Cuz I cud Not Brea Hes seen them giv me Brething tret mints

III. STATEMENT OF CLAIM(S) continued

4. My mom Rachel Crisp She's a whitnis I maild Hur my IN Dit mint or wats left of it Aftr Jhon Do Her at EKCC Stolit Haf of it they Stol my whit Pes NOT my Penk Pes Aftr I Sed sumthing In Prey triyall Now Its gon go fizroo

5. whitnis ~~~~ Bill H or L Is His Las nishis He works at NAACP the Chaptr IN Louisville ~~~~ Adres 1245 CAPALTA-CP in Louisville Ky I Sent tham my Evdens ~~~~~~ or Had my mom Send It to tham So they got grevinses my In Dit mend Paprs Efrey thing

6. I wood Lik to Suw Kresternid grevins Kordnatr At the Time of the Avints for Helfing makin a unSaf a rir mit fer inmats And I wood Lik to Call Hur as whitnis on my Cum Plants If Pasibul???

7. whitnis my grevins Ad gary Kirby Hes the Pursin How wrt my grevins for me the verey furst one Becuz I was on wach He Sed I Cud Coll Him as a witnes or I told Him I was gain to Col

8. I am on grevin rey Stikshin 6 munts June 28-23 to Decembr 28-23 I Had Purfikt Ler good grevinses And She Denid them And Sum I Den git bek So I tell ther triying to tell me to Shut UP But Im Not goin to thats why they Cep Doing Stuf is be Cuz People Let them and they Cep giting ther way

9. Her's Sum Copes of wats Bin going on 19 Pagis of Stuf Con I Pleas git Sum Hellp Pkp

I got 19 Pachis of          Sen Cerley
Stuf thats bin goin on      Timmathy moore
Her                         D.O.C # 293411

5

furst Letr
whas to Andey Boyshir
~~Bar~~ ~~And~~ to Crookiex Croz

my Prezin Lif Storey  1
~~████████~~  Lol

Complyant on Staf
Mintl Helth & Fisikl
7-19-23

*(left margin, rotated):* In the Hole) Lol 23 munt In the Hole ) "In the Hote ) "I Did Not ) And I Dont ) ..." Top to Drop So ...? Pont Skor to In The Hole Lt

my Name is Timmathy moore 293411 I know
you got my Letr ~~YA~~ smith told me you tolk
to Him... furst off Thank you for lukin in to
me... I Dont know what smith ~~████~~
Lid to you and sed to git you to foll bak?? And
I thank or betr yet Im prety posutif I got my
Letr's mixt up!!?? you got the one goin to
or mint for the NAACP..Lol And ~~████~~ He ~~in~~
got your's ~~████~~ I mest stuf up..go figr..
..Lol..Im sorey for the mis Lufyouchin tho
So Her I am a gin... I Just Dun 23
munts in the Hole I Had A VA Help me git
sum of my stuf fixt at North Pont my
time VA Halkin's He told me a bout you
be for whin I whas thar good giy I thank
..He Helpt me git my Time fixt 21 years frum 85% to 20%
Lik what I sind for!! I Lost All my good
time in the proses tho...I mest up A Long
the whay...I fild a grevin's on a Lt Her
Luk what Im bout to telly you you or goin to
Haf to keP A oPin min on sum of this I
gec's I Ask for a Lot of my Problum's Ill
Let you be the Juer of that... I Dun 23
munts in the Hole Lumpletid the A.C Program

2

Nowmbbrs
Times

I whas in and out of the Hole for Hor's playing
whith 1 of my bruthr's I or my mom bot me a
Clos Paki. It set in proputcy for bout 2 week's
I went Efrey Day to git my Stuf I got Luzt out
Efrey Time Lt Red All who's Dam up whith sum.
resin NOT to giv me my Stuf... 
Skreming At me Cuzing All TIPS of Stuf
I fild a grevins on Him NOT The Smartlst Chosa.
What Els cud I Do ?? go Bak to the Hole for
a nuthr 23 munt's ??? Dat probley 3-??-22 to
6-20-22 Rufley On the Jry Pay I fild it the
Next morcing I go to brekfist captin Big fat Red
Stop's me tei's me to go to the basmint
Im thankin Im goin to the Hole for NOT Hafing
New mask on.. So I go to proftcy As sun as
I WALLK in Small Red Stort's on me you Dum
ASS Nixxxx you told on me told me I Did Not
Know whot they Dv to RAT's Rown Her and
Ask me what wood I Do if sum one
told on Me... Do you KNOW How Hord it
whas on me NOT to Blup out IN the
mix of this !!! ??? A speshley whot I Rep
I am port of a Blacc orgirshin... Iney whay
I told Him Rit is Rit Rong is Rong Do
whot You Do and svm old giys in

3

thar srvg's.. I ges He Shirs His office's
Dont Ker I Lef. Sen Captin Red told
Him He's Rong for Being poot of thot
At the Pill Call Lin theng at Dorm 3 Sid wet 1 to
Him I Den giv Him a nuf time to Say iney theng
Lep it muving Bak to the Dorm Dorm
3 ... A Day or to ges by my Bruthr Ask
me why I fild a greving on His J.Pey
Lol I Did NoT thot wha's gren or red
triying to git me and my Bruthlr in to
it.. we got Difiint mom's Sam Dad's
or Pesubly Sam Dad's... His Nome is Tyler
Rains 304149 Hes at lil Sandey in SAP Now
wer Im supes to be " ... thor trik Did NoT
Whork ... Im In Dorm 2 this whit giy
Nam Jesey Jams git's Relld vP for Pushing
Sum one in Pill Coll Lin sum whit boys
Roll His Stuf vP Fer Him they Dont tak
it All to Profutey Rvm they Stel it Well
Red Tels Jesey Jams it's thot more
Ded I Dont Know Whot He tels Him frfr
Ded Pui's vP on me telkin Smak Im
only 140 Pon's Sok wet 62 Hit Dad's 220 Pon's 62.63
we HiT 2 Time's Im Sor Losr I Cum
bak whith a bangr thats on 8-??-22

4

I cum to the Hole or At Dorm 1
that's wer Smits wifey whark or grul frand
is is mis Luwis..Lol UA at or over Dorm 1
The A.C Program Just rey membr that...
Sum of my Problum's whith Smith Chek this
out ~~old~~ They told me Im Doing the Big Progra
a gin so Luk I git in to it out at rcc
whith romin fer ~~we~~ go to go bak in I slip my
cufs Dod who's to talk shit Dod it wen the
Dor or the Kash is NoT there!!! mf Do Conky
steps in the medl Dod Chorchis At me but
HiT's Conky Noks His glasis off I git
blamd I HiT over Conley Sheldr's HiT Dod
I Dont git Him Lik I Whontid Dod's bout
240:250-26 3463 I thonk,.Lol I fil my a pill
Sum How one of my Rell Cuzin's Just
by Luk got my a pil His whit Hes a
SA I Had to by my a pill bak off of
Him mf green or red..Lol my Cuzins a Dod
fen but I Can NoT Say His nom be cuz of Efrey
thong He DuS NoT whent His Naim in the
miX of this ShxX ... Wood you??
I Do my 90 Day's mas in that time I
git stript out be cuz I bicx bout me
Hafing the som shit for 80 90 Days

green NoT Lith
me I Ses
it's got Sumthing
to Do whith NoSThPent ??
He Lonier
I told me
Bout thot

Lissten mid to git
Lik Hell to git
Do Conley
Mes Chorchis

<u>5</u>

I Whont Sum Know Shits blonkits
thor Supos to Chans stuf out Lik that
Efrey week in on Sunday <u>they Did</u>
<u>NoT at that time</u> I fild grevinsis Nuthing
I blup out Be cuz I Luvrd my window
I got mast or rapt I got Asmu thor
NoT supes to Do that I fild a grevin's Nofr
Sen it Lol I go bok over to Dorm <u>1</u>
I Had to cum to Dorm 5 for sliping my cufs
I go bok to Dorm 1 <u>AC</u> Big Program this
for shur
time thay tel me -o-wel me or onley makin
Xou Do a 90 Day Siki furist it who's a 7
muth Program Now its a ~~90~~ Day Siki
And I JUST Lot a machr writ up 7-1 ~~~~
A ESalt on a co -o-and gren trid Lik ~~HXXX~~
to git Conley to Pres Chorchis on me
why Dus this woldin <u>NoT</u> Lik me for ??
Srugs I Dont Ker If He dus or Dont Im Not His ~~~~ for Him to
~~~~ ·· I Had 30 Day's Left of my
90 Day Siki on 3-16-23 At Dint time
Im Koshr Im <u>NoT</u> Now tho my Koshr
Hi Protcn Sek Did NoT Haf Efrey thang in
It I med Co chek it Be for He gav it
to me He Efin Lukt in the uthr Sac My
Did <u>NoT</u> Haf Efrey thang in it

6.

He Sed He Wood Coll to git my
Stuf I howr gos by I HiT the Ponik
butin on the Dor Dod in the Cob Starts
Cuzing me out Colling me rashl slurs
makin Joks I Dont Pley Bout thot So
I Start HiTing the Dor once Sorchint
Lestr Com to my Dor Sed be Cuz Im
HiTing my Dor Hes NoT goin to giv
me MY koshr Medicl Hi Proten Sak...
So He yous mY food an As Punish mint
in the inmat Hand book food is Nefr to be
Xousd as Punish mint you Con Luk in to
thot if you Lik an I told Lestr to Put
me on grevins Lis He Colld me rashl Slurs
Efrey Blac Pursin on the Wholk Blurt out
I told them to fall Bak Efin pepe up Sters
Startid Kikin but they cud NoT pent a Zocley
me and 4 outh Persin for Shor ·Loh· 2 Hemm.
we Had or window Cuvrd Klkt the Dor's
I Whos So mad on 3-2023 I Had
a Lt a Sorchint and a Cose Whorkr C if
I Had a pinding writ up they ALL Sed
New I wrot Cookiey Oros ~~~~~~~~
and my Fomley Colld them Nuthing ~~~~~~~~

Sned NOT Hef Bin vaping me In the furst plas the NUt's HES HiS WiF LoL go figr the Lt's wif LoL

But one of the Lc's out HiS Hand

On 4-1-23 I whes supes to git out I buct a litl the Lt Dun rown's that moreng talkin Shit they vapt me one's a gin I got Asmu I Cuft up) 2 Days Lotr Im In the Showr Lt Thompsin wont giv me a Tal to Driy off Whith Im All redey Strept out Nuthing So I ASK Him So men you Cont giv me sumthing to Driy off Whith Ill giv it Bok ?!!! He Sed No. So I Sed ok Im roy fir you's to let you Put me in my Coll Sokit Wet Whit Nuthing He Sed if I Dont Cuf up Hes goin to mas me I told Him He Cant I got Asmu He LAft in my fas,, LoL,, He vapt me one's a gin So I go in the Cher git out 3 or 4 Days Lotr Im Stel Koshr Thomsin a gin pasing out troys He wont giv me Now Coffey Mellk or Aple Juec or a firut whin I ASK He Cold me a Dum ASS Nigr Ju I Blupt He wood NoT opin my Bin flep or Dor 3 Days Lotr I Shit Him Down fuc Him fucc this Prizin I ontey got one NoT 3 I got my In Dit mint it ,,

Sed that Stuff is NoT Koshr

8

my in DiT mint Sed or 1 of them
Sed 1 Salt 3rd P.f.o.z the Sekint one
Sed 3 Salt 3rd's P.f.o.z Jun 2 on 7 and
Jun 3 on the sekint one mf green I thonk puld sum
Strong's to git me ??!! I reley thonk it's
or them Pfo's or supos to be one Be cuz
I just Bet a pf o one at North Pont Last
year or the year be for Last... I this Not bin 3 years I Dont Know
Im Not takin Nuthing I Did Not Do ILL
mit to throwing shit on Thomps But Net
Now one Els at thet time thay Lid
I whit 7 Day's Now mot in a Cell
whith New Sprenki and New Tolit -0-
And sum one wrot wordin gre a Letr
Put Bodley flud's in a sren rap and maild it
to Him I whes in the oPP veshin Cell
for the 7 Day's I Bin teling them I Did
Net Do it... the NAACP got the Copey
the Investgetin offeSr gov me I mod a
Comit This Is whot I Sed!! I whes in
oPP veshin Cell I Did Net Do it and If
its in sren rap How did they smel it??
He Sed I Dont Know You Dun it He gov me
my Copey or But on my Copey
thor's Now Pol Stans on the Lefr or LoP

You Can you
Pleas contakt
NAACP Haf
tham send

You a Copy
they
got
I for your
Self

If

It machis
whats in Lorn's
I tild a opin rckrd
to git that Copey
green wont giv it to me
Lol

It Sum one
temprd whith it
what Dus that tell

In Cort Call I got cuzt out for
Luking over the Lt Sholdr's Being to
Cles thars Stens on the FLop and Letr
Whutin the Plentr pik thot up ?? I
thank So . I Stel got Cuviktion

I got Influm mashin on my Lung Do to
giting vapt and mast thar tuk a XRay
of my Chest  Sent me sumthing In
the maill told me it's Nuthing Put me
on Sum kind of Pill for one WEEk
It whit wrewn thang In a Long Strip put
me on brethin' tret mint's as nedid But
Do to my Staf a Solt's I Dont git them

I fild grans I fild opin rckrd's Now thar Saying Efrex
thang's ok Im tripin . Lol . I Haf
fild grevinsis ALL of them got De nid
I Had one greving on be Haf of uthr's
I Sed me and I So . How is that ??
thay Shad be 3 of tham one of tham
is Luchit Nuthing reng whith it .. Srug's
And if you what a Copey of the Pichr Call the
NAACP I Haf bin writing tham for a miniz
-O- And Im on woch writ Now bc Cuz
the Sorchit I Pist off bout that Shet
Stuf is the one that wret the

10

Letr to wordin grez ~~~~~~~~

He cam to my Dor Piking up trays I hof
onley got in to it whit a cupl people nun
of them woed Do sum kid shit lik that

But afu I Did Not rey Akt twit a whay I whas
goin to tell smith on munday ~~ So ded
or shud I say Lt Left I Did Not giv in
So bout 2 Howr's go by co spinsr cum's
thruw sed weth the nur's Doing Diy Bodik
Shot's they cum to thee cell be sid me spensr
tel's me He fon a bit in the Kar int's
got my Name my Hen writing teling on the
wholk people brengin nif's in Dop ALL Tips
of shit So I Hof to rey Akt to that

Ale trid to put a Hit on me So I tell
them te sut up nuthing Hit the Der
for I Dont Now How Long.. I venchley
sax skrow it pop the sprenklr they cum
I tell them Iu cuf up But fifr Im Not
goin to I throw a cup of shit on thom
fuc thom I just got fuc whith cot
more time probkey got a Pifio. one
fifr Lost my Prol' be cuz sum ons
Dus Not Lik me or my Last
Name I thak

17

So this is wer Im at Now on Sum
Stuf Do you Know malkum X ?? I thonk
He Sed we Dont Punch we Contr Punch !!
If sum one's got you in a Chok Hold
and you git out of it and Push them off
How is the
Egresr ???   Self Defind your Self...
Contr Punch thom So Its a blant abuse
of Power and EXCessive forCe he
or the Staf at this Prizin is unprofessiond
and NoT onley Put my Life in dancer
whith other inmates by telling them im
a RAT but I beleave he was trying
to do EXtrem Bodily harm by EXCessively
tassing me while wet and standing
in water and keeP tasing me over and
over while i was down and Laying in
water! Im on grevins rex Stre*Shin   I
told gren and Smith ALL of this
Smith thonk's Shits funey Cals me a
gangst I Dont Lik that I thot's Dis SPekt
So He thonk's sum one fucing thor Lif
uP is funey ??  this PeoPle fuc uP my
Prol for this munth   I Haf a ???
New Botey Whot's to investgat Eny theng
Efrey one Whot's to CuvR Shit uP if

Shi'ld

wen thay
got on Top
of me whith

—O— And wen
they Com in whith
the Shild thay Rout
Drownded me fLAt



PalSubl If the's Ak you SaShinS Dus
Chek ouT Can I git my Pont SCor Lowra
So I Can git Sum SAP in Sum of
this bagi's writ ups Drept ???
    Can You git Sum ouT sid people
    te Invesgat ALL this Stuf Lik the Nashnl
gord's ???? or D.C ??
                    Sincrley
                        Innothy
                        Morce #293411

~O~ And By the
Whay I Haf onley
bin te Herdin Contey Jeall For bovt I got
Lokt up in 2016 Dun bovt 22-23 munts got ouT
I mad Prall Cam bak on Puzeshin of meth
and Cuntrol substin's aftr bexing Lokt up For bovt
1 week I got surfd P.F.o7-Brgley Furs wholing Donch
Puzeshin flr arm by felin Prowbashin valashin I
got 11 more year's So 21 I Haf onley Bin to
Herdin Contey - Hikmin Contey - RCC - LLCC -
North Pont and Her EKCC I flid a opin
rckrd theng Bovt Svm Stuf wer is Lee
Contey at ??? I Haf Nefr ben ther IS
green triying to Fucc me what Do you
                    thank ??? I Ned HilP !!?

The Sam Day
I Sid for 10
year's not steying
thair!!

Can
You rer conplet
my time
ferrther 2016
Im mising
A Year
or 2 !!??

## 13

And wat or the olds of gren
NOT Doin NUThing on ALL this!!???
And what or the olld's of me gitin
thretin thin my bruthr or Haf bruthr gbting
stuf or finding ovT bovT mE finin a
grevin's buT yet It wha's on HIS JiPay
I cant git on HIS JiPay I Dont thonk...
Thin wen thot Did NoT whork Jesey Janis
thonk's I tuk His stuf ?? I got my stuf
tukin to WNen I Cem to the Hele Sum NoT ALL
thin thor's green trying to git Co to Arez
ovT Sid Chorchis on me... Efin be for
the Red Stuf Co's ALL wha's mes whith
me for sum resin I got a Lot of writ
vP's be for I Cam to the Hele... I thonk
it's got sumthing to Do whith Sum NOT Prezin
Stuf ReyLetid... srugs...tho Dethley sumthing
tho... ALL this ainsdinsis Link bak to green If yeu
thonk bovT it Now Im Timmthy
thankin Crazey wilif..Lolu    Froenc #293411
whot wood ar or you thankin!??
Lot off stit stuf... why Els wood
He NoT Luk in to stuf for Efrey
or a Lot of this stuf is on Camru



I thank I got it figrd out
why Smith told me that he
tolkt to you fer .. that whas Him
teling me that you to or Cios ???
Im gonin to send a Letr i Denikl
to this one to 1600 Pisrany JOE
bidin and to the mer of D.C wel
<u>C</u> whats goin on
Be Cuz Im NOT feling nun of
this Stuf thats goin on He and
All of this Stef and Case workr's And
mintul Helth Peoplel I Haf spokin
whith or geltey By Soshyashin  why Haf
Sum one <u>NOT</u> a Portid it Hell I
tel thom ALL So why IS that

Im Pist

Frfr  Smith's goin
to Plex Dum But I Haf Dun told
Him Hell Shit        Janelley
A Les His betr Haf Sed Sumthing Merce
She's the one that got me kikt  293411
out of AL and a writ up Bak Dreftid
7 Days I Hed 1 Lt 1 Sarchint and a prity
onist Case worklr Say that writ up Whes



NOT in the Cum putr insding
Hpind on 3-16-23 on the 22 I Stel
Did NoT Haf a writ up by 3 thot
DaY on 24th a Co Com to my Dor
Sed that thor Hafing a meting on 26th
I go to Lort Call in vesgashin for a
447 It got Lowrd But Stel Sak Lunch
they whantid to fuc whit me me frek
outso Her I am thay fuc whith
              me So Now Im writing
        Efrey one ALL I ned is
      Sum one to invesgat Shit


-0-I Dun or got Lokt up in 2016 Dun 24
munt's mad Proll the Sam Day I sind for
my 10 year's I Did NoT a SPekt thot. Lol.
In Cas you or whvndring resin why it
tuk So Long is Be Ouz I went to
KCPK for a minth E-vil you whashin
got in to It whlth the Dotr He rcy
fyousd to Do propr E-vill I fell
              Srug's I Stel Her
            Stof that's why I
            Say that Simathymone

To Day is 9-7-23

Im Just Now seting Down and Ading to my list of Apsolds Her at EKCC wordin greens on 8-15-23 I Had prey triyall Cort in Cort I minchind my in Ditmints boying the Sam the thank god I Did Not Sey a Hole Lot in videyo Cort in frunt of my Case workr Elum & ms oham the I git my stuf bak on 8-17-23 on 8-21-23 It Hit's me out of Now wor eby one of my in Dit mint's or gon Not the Hole thang Just Hf of it Not the pink pes But the whit pes of Pepr talkin bout my bond and my Case numbr on it Case Numbr 23-CR-00058 is the one that thay teuk So thay Swopt my moshins out!!! How Do i Now be cuz my inDitmint Penk pes of papr's or the Sam Han writing Sam Dat's Sam copr But fram's one moshin is of me throwing Pep in or out a Co 23-CR-44 Case numbr 58 is th one thay mest whith moshi Sed I puld a way frum the Co's i Did Not and the Co in the insdint is Not insdit is Co spinsr the Co in my writ up is zakrey Hes Hot stuf He Now's what spinzr Dun But Dont Her Now one Cevs Her... ON 8-26th or 27-23 I get muvd walks to AH-Cell-16 that moring Case work Sees mis oham Sees I get my Stuf bek She Sed zakley that So i fel as if the way She Sed that Smiling She was giting at Sumthing giv the Surkis sansis triying to git me te bit or to bluep out So that thay can mes whith me... Snug's

Sen CerLey

Timmathy moore

9-7-23

on 7-18-23 a insdint accured on a Satrday the Lt

whss pikin up trays He told me He was the one that wrat the

wordin green whiy I was in a oppvashin Cell So I Sed a

Lot of or few choies words and was goN to tal letlt go for Now to the the Lt

thin to Co spinsr Cam Doing inslin shot's He told the Hole walk thak

Thak thak fen a kit in the Car my Name my Hand writing teling

on the walk people for Niffs Dep food ALL tips of Stuf

So thats when i felt i was Cornered So to spek Whith Now

HELP frum Eney one So i Had to Do Sumthing so uthr inmets wood

Not Put Hit's on me be Cuz of Co spensr and the Lt Caling me

a RAT so yes i Did wat i Had to Do uthr why's Efrey one wood of

blefd me a RAT So th Lt and Co's that Day Put my

Life in Jeprity mening in Dencher and was intagnising me ALL

week to the Point that i broke and Lost it i didnt KNow what

else to do A speghtex wen they sed that they fen a kit in

the Car I Hat Not Left me Cell for 2 weeks A sept

go to the Showr and to beld trim so I stertid hiting

the Dor they Laft at that stuf and a Nerd me so I

Popt me sprenklr Hed wen they told me to Cuf up I Sed

ok I throw a Cup of shit on Lt or trid He trid to Put A

Hit on me so skrow Him ALL of them I was sokt and

wet standing in 2 to 3 inchis of woltr He tasd me furst Time

bonst off or mist sekint time He Hit me a but my nex

but be Lowr my Draling and one's I Hit the grown He tasd

me one Long ASS time why I was Laying in 2 to 3 inchis of

woltr one's the Tem Cam in Co spensrs on the Sheld He trid

to Drown me I blef So It's blat abuse of Power and EXCESSIVE

ferss he was unprofessional and Not only Put my Life in danger whith

other inmates by telling them im a Rat but I beleave He Lt was

trying to do Extream bodily harm by EXCESSIVely tassing me while

wet and standing in 2 or 3 inch's of water and Tassing me one's I

While i was down and Laying in the watr If
that ent mest up and unperfeshaul I Dont know
wat is And im on grevins ray strikshin so Yha I got
Put on Jun 28th it is set to be Lifted after
December 28th - 2023

Timothey Keene
293411

9-9-23

My Name Timmathy moore 293411 I got a ??? why dus
frank fort's ~~offer and~~ Cockrex Cruz's guvnr Andey Bey shir NoT Do
stuf wen inmats writ them cum planing Bout stuf thay
Andey Calld the Prizin and talkt to the uA smith on His
Pursnl Cell Phone ove the week in 1 time Aftr Bisnis Howrs
and my mom gave Andey the guvnr of frank fort ALL
the prof of this Prizin EKLL 41472 of them mesing
whith my meadekl rckd He Has the prof of that 8
Andey is Leting uA wordins Lix on thar Papr work that
ruk my mf mat for 27 Days but the feldr sed I Had it
Camr's Dont Liy thin on 8-15-23 I go to Curt and the 2 Cases
or the Sam or supos to be Cuz of th penk and whit shet
of Papr's Efrey thon's the Sam a sept the Day its put in
~~but yet He that~~ ~~these 3~~? 1 sed JUN 2 the uthr sed
JUN 3 But yet 2 Defrit meshins ~~~~ thes or your
swrn in Pes offisr the !! thar up taning thar oth OK
and Cockrex Cruz know ALL this ~~~ stuf ~~to~~ And thay yousd
my feed AS punish miNt NoT JUst one's but 3 time's that
vilat's my Lonstoshin rit's or that's wat the Han bok sed's
bout ~~it~~ that but yet for sum resin Now one Ker's But yet
thay go out thar way to Held us A Contbul but ~~wat~~ bout the
Pes offisr's of the Stat How Helds them Contbul ?? LUK
man JUst git me a way frum ALL this unfer feshnel
for's of Powr - o And I get Co's that or weling to
tast fix on My B Hef A Bout sum of this So one's a
                    gen ~~~~~~
~~~~ And on my solt casis thay        Sin Cerley
     offrd me 1to3 years if I pled        Timmathy moore
     geltex on my Selts whith Efre theng        #293411
I Dun Punt'd out . . .

## IV.  RELIEF

State exactly what you want the Court to do for you.  (If you seek relief which affects the fact or duration of your imprisonment (for example:  release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.)  The Plaintiff(s) want(s) the Court to:

✔ award money damages in the amount of $ **890,000.00** _____

_____ grant injunctive relief by_____

✔ award punitive damages in the amount of $ **890,000.00** _____

_____ other: _____

## V.  DECLARATION UNDER PENALTY OF PERJURY
**(each Plaintiff must sign for him/herself)**

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This **9** day of _____**19**_____, 20**23**

Sign this the day you
send it out

_Timothy Moore_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on **9-19-23** _____.

Sign the day you
Send out

_Timothy Moore_
(Signature)

6